# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CASTILLO, | Case No. 3:18-cv-00796-TSH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | Judge: Thomas S. Hixson<br>Ctrm: A, 15th Floor |
| Defendant. | Complaint Filed: February 6, 2018 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 3:18-cv-00796-TSH, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its or her own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: May 16, 2019

MAGISTRATE JUDGE THOMAS S. HIXSON
UNITED STATES DISTRICT COURT JUDGE